*In re* MARCOS A. MORELL CORRADA.

*Número:* TS-4569          *Resuelto:* 7 de junio de 2004

*Carmen H. Carlos*, directora de la Oficina de Inspección de Notarías.

## RESOLUCIÓN

Examinado el Informe de la Directora de la Oficina de Inspección de Notarías, en el cual expone que el abogado subsanó todas las deficiencias encontradas en su obra notarial, *se autoriza la reinstalación del Lic. Marcos A. Morell Corrada al ejercicio de la notaría.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado Señor Rebollo López no intervino. El Juez Asociado Señor Corrada Del Río se inhibió.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*